IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JEROME JUNIOR WASHINGTON, | ) | |
| | ) | Civil Action No. 18 – 1209 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Magistrate Judge Lisa Pupo Lenihan |
| | ) | |
| JOHN E. WETZEL, SGT CHESTER, and GILMORE, | ) ) | |
| | ) | |
| Defendants. | ) ) | |

## ORDER

**AND NOW**, this 29th day of April, 2020, for the reasons set forth in the Court's Opinion docketed contemporaneously herewith,

**IT IS HEREBY ORDERED** that Defendants' Motion for Summary Judgment (ECF No. 64) is granted in part and denied in part. The Motion is granted as to Plaintiff's claims against Defendants Wetzel and Gilmore and the Clerk of Court is directed to terminate them from the docket. The Motion is denied as to Plaintiff's Eighth Amendment claim of excessive force against Defendant Sgt. Chesmer.

_____
Lisa Pupo Lenihan
United States Magistrate Judge

Cc: Jerome Junior Washington
HV0282
SCI Greene
175 Progress Drive
Waynesburg, PA  15370

Counsel of record
(Via CM/ECF electronic mail)